UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

BORIS IZRAILYEVICH POVZNER,

Debtor.

Case No. C18-1513-RSM
Bankruptcy No.: 18-S011
USBC No.: 18-11823-TWD13

ORDER GRANTING APPELLEES' MOTION TO DISMISS APPEAL

This matter comes before the Court on appellees Banner Bank, Joseph T. Hunt, and Springer Development, LLC (collectively, "Banner Appellees")'s Motion to Dismiss Appeal. Dkt. #8. Appellants have failed to file any opposition to this Motion, and the deadline for filing an opposition has passed.

Banner Appellees argue, *inter alia*, that the Notice of Appeal filed by Boris Izrailyevich Povzner, Dom One Estates Irrevocable Trust, and Eugene Povzner was not timely under FRBP 8002. The Court agrees that the Notice of Appeal was filed well after the 14-day deadline set forth in that rule. *See* Dkt. #1. Seeing no argument in opposition, the Court concludes this appeal is properly dismissed on this ground alone. *See Saunders v. Band Plus Mortg. Corp. (In re Saunders)*, 31 F.3d 767, 1-2 (9th Cir. 1994).

ORDER GRANTING APPELLEES' MOTION TO DISMISS APPEAL - 1

Having reviewed the relevant briefing, the declarations and exhibits attached thereto, and the remainder of the record, the Court hereby finds and ORDERS that Banner Appellees' Motion to Dismiss Appeal (Dkt. #8) is GRANTED. This appeal is dismissed as untimely. This case is CLOSED.

DATED this 6th day of December 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE